UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KATHY DUMM AND JANIE ZUMBRO, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 3:12-cv-01028 |
| | ) Jury Demand |
| v. | ) |
| | ) |
| RUTHERFORD COUNTY, TENNESSEE, | ) |
| BILL BONER, and RYAN DUGGIN, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO COMPEL MEDIATION

Come now the Defendants, Rutherford County, Tennessee, Bill Boner, and Ryan Duggin, by and through counsel of record, pursuant to Rule 31 of the Rules of the Supreme Court of Tennessee, and would move this Court for an Order compelling the parties to mediate and/or attend a judicial settlement conference in the above-referenced matter within forty-five (45) days of the date of entry of an Order granting this Motion. Defendants admit that an Order compelling mediation and/or a judicial settlement conference would promote an efficient use of judicial resources and would further enhance the probability that the above-styled and numbered action would be settled and resolved short of a jury trial.

**WHEREFORE, PREMISES CONSIDERED,** Rutherford County, Tennessee, Bill Boner, and Ryan Duggin pray that this Court enter an Order compelling the parties to attend a Rule 31 mediation and/or judicial settlement conference in good faith within forty-five (45) days of entry of an Order granting this Motion, and for such other relief as appropriate.

[Handwritten annotation: ORDER — The motion is unopposed and is GRANTED. The parties shall complete a mediation within 45 days from the date of this Order. 7-18-14]