IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHY DUMM AND JANIE ZUMBRO, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RUTHERFORD COUNT, TENNESSEE, )<br>BILL BONER and RYAN DUGGIN, )<br>)<br>Defendants. ) | No. 3:12-cv-1028<br>Senior Judge Haynes |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 4th day of November, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Court